IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEONARD A. JACKSON, and<br>JACKSON'S WRECKING,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE CITY OF ENID, and TOBY<br>PRITCHETT, in his official and individual<br>capacity as Director of Code Enforcement,<br><br>      Defendants. | Case No. CIV-13-1039-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Plaintiffs Leonard A. Jackson and Jackson's Wrecking and Defendants City of Enid and Toby Pritchett in the above-styled case, jointly stipulate that the above-styled case should be dismissed against Defendants City of Enid and Toby Pritchett with prejudice to the refiling thereof. Each side is to bear their own costs and attorneys' fees.

  Respectfully submitted this 19th day of June, 2014.

/s/ Lauren W. Johnston
*(signed by filing attorney with permission)*
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK  73139
(405) 239-3800/Fax:  (405) 239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net

ATTORNEYS FOR PLAINTIFFS

/s/ David W. Lee
David W. Lee, OBA # 5333
Emily B. Fagan, OBA # 22427
W. Brett Behenna, OBA # 30485
LEE LAW CENTER, P.C.
6011 N. Robinson Avenue
Oklahoma City, OK  73118-7425
(405) 848-1983/Fax: (405) 848-4978
david@leelawcenter.com
emily@leelawcenter.com
brett@leelawcenter.com

ATTORNEYS FOR DEFENDANTS